**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

GABRIEL A. CASTELLANOS,

        Plaintiff,

v.                                        Case No:   6:14-cv-396-Orl-40KRS

STARWOOD VACATION
OWNERSHIP, INC.,

        Defendant.

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 16), filed April 18, 2014, and Plaintiff's Corrected Unopposed Motion for Leave to File Second Amended Complaint (Doc. 41), filed January 6, 2015.

The United States Magistrate Judge has submitted a report recommending that Defendant's Motion to Dismiss Plaintiff's First Amended Complaint be GRANTED in part and DENIED in part. (Doc. 39).

After an independent *de novo* review of the record in this matter, and construing Plaintiff's Corrected Unopposed Motion for Leave to File Second Amended Complaint as a statement of no objection, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 23, 2014 (Doc. 39), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 16) is **GRANTED IN PART** and **DENIED IN PART** as follows**:**

      a. The Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is **GRANTED** as to Count I, II, and VI of the First Amended Complaint.

      b. The Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is **DENIED** in all other respects.

3. Plaintiff's Corrected Unopposed Motion for Leave to File Second Amended Complaint (Doc. 41) is **GRANTED**. Plaintiff shall file his signed Second Amended Complaint within five (5) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on January 8, 2015.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record